IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3105 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MIGUEL ALBERTO MONZON, | ) | |
| | ) | |
| Defendant. | ) | |

After reviewing the defendant's pretrial services report,

IT IS ORDERED that defendant's motion to reopen detention to obtain a substance abuse evaluation for possible placement in a drug treatment program, (filing no. 14), is denied.

DATED this 1st day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge