IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:10CR3105 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| MIGUEL ALBERTO MONZON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the pretrial motion deadline currently set for December 3, 2010. Filing No. 16. Defense counsel explains he and his client need additional time to review discovery recently received from the government. Based on the showing set forth in the defendant's motion, the court finds the motion should be granted.

IT IS ORDERED:

1) The defendant's unopposed motion to continue, (filing no. 16), is granted and the defendant's pretrial motions and briefs shall be filed on or before December 23, 2010.

2) The ends of justice will be served by granting defendant's motions to continue the pretrial motion deadline, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between December 3, 2010 and December 24, 2010 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

3) The trial of this case remains set to commence on January 10, 2011 before Judge Richard G. Kopf.

December 4, 2010.               s/ *Cheryl R. Zwart*
                                United States Magistrate