IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3105 |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL ALBERTO MONZON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the suppression hearing, (filing no. 20), to allow more time for possible disposition of this case. The government does not oppose the requested continuance. The Court finds defendant's motion should be granted.

IT IS ORDERED:

1) Defendant, Miguel Alberto Monzon's motion to continue, (filing no. 20), is granted.

2) The suppression hearing is set to commence before the undersigned magistrate judge at 1:00 p.m. on March 1, 2011.

3) Based upon the showing set forth in the defendant's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the suppression hearing; and that the purposes served by continuing the hearing date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and March 1, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 28th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge