IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3105 |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL ALBERTO MONZON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1) The defendant's unopposed oral motion to continue, (filing no. 25), is granted, and the hearing on defendant's motion to suppress, (filing no. 18), is continued to March 30, 2011 at 2:30 p.m.

2) The ends of justice served by granting defendant's motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 25th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge