IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3105 |
| v. | ) | |
| MIGUEL ALBERTO MONZON, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

The government has moved to continue the suppression hearing currently set for March 30, 2011, (filing no. 27), because additional time is needed for negotiations between parties. The defendant does not oppose the requested continuance. The Court finds government's motion will be granted.

IT IS ORDERED:

1) The government's motion to continue, (filing no. 27), is granted.

2) The defendant's Suppression Hearing is continued to June 2, 2011 at 2:00 p.m. A total of two hours should be reserved for this hearing.

3) Based upon the showing set forth in the government's motion, the Court further finds that the ends of justice served by continuing the suppression hearing outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and June 2, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 29th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge