IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MIGUEL ALBERTO MONZON,<br><br>    Defendant. | 4:10CR3105<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of attorney Michael Hansen to withdraw as counsel of record for Defendant, (filing no. 97), is granted.

2) Defendant's newly retained counsel, Amber D. Morris, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Michael Hansen from any future ECF notifications herein.

Dated this 4th day of March, 2015

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge